In the Matter of BOHDAN S. CHOMYN, Appellant, v M. WILLIAM BOLLER, an Acting Supreme Court Justice in His Capacity as Licensing Officer for Pistol Permits in Erie County, et al., Respondents.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

FAYE M. EATON, Appellant, et al., Plaintiffs, v SYLVIA HUNGERFORD, Individually and as Special Education Teacher of Wayne Central School District, et al., Respondents.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY et al., Respondents, v UTICA FIRST INSURANCE COMPANY, Appellant, et al., Defendant.

Submitted April 18, 2016; decided June 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.